# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br> )<br>vs. )<br>*Correa-Contreras, etal,* )<br> )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. _08mj 0445_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted /) Case Disposed / Order of Court).

*Lorenzo Diaz-Gonzalez*

DATED: __3/3/08__

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
                DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
                Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082