# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
         Plaintiff                )      CRIMINAL NO. _08mj0445_
                                         )
                                         )      ORDER
   vs.                                )
                                         )      RELEASING MATERIAL WITNESS
_Corria-Contreras, et al._               )
                                         )      Booking No.
       Defendant(s)               )
_____ )

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

_Miguel Soto-Davalos_

DATED: _3/3/08_

UNITED STATES DISTRICT/MAGISTRATE JUDGE

      OR

RECEIVED _____
            DUSM

       W. SAMUEL HAMRICK, JR.   Clerk

           by

           Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082